IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INDU PATEL | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-2271 |
| CARLOS TEPOX-VASQUEZ | : | |

## O R D E R

**AND NOW**, this __3rd__ day of August, 2015, upon consideration of Defendant's Motion

in Limine to Preclude Plaintiff from Recovering Excess Medical Expenses (ECF No. 24), and all

papers and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** that

Defendant's Motion is **GRANTED**.  Plaintiff is precluded from presenting a claim for excess

medical benefits at trial.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**